UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Novo Nordisk A/S, et al.

    v.                                                                Case No. 25-cv-141-SE-AJ

New England Weight Loss, LLC

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 17, 2025. For the reasons explained therein, Novo Nordisk's motion for default judgment (Doc. No. 10) is granted.

New England Weight Loss, LLC ("NEWL") is hereby enjoined from falsely advertising its products, from using Novo Nordisk's trademarks in any manner likely to cause confusion or mistake, to deceive, or otherwise infringe on Novo Nordisk's marks, or use the marks in connection with NEWL's advertising, marketing, sale, or promotion of its Unapproved Compounded Drugs. NEWL is also enjoined from advertising, stating, or directly or indirectly suggesting that the Unapproved Compounded Drugs: (1) are, or contain, genuine or authentic Novo Nordisk medicines; (2) are sponsored by or associated with Novo Nordisk; (3) are approved by the FDA, have been reviewed by the FDA, or have been demonstrated to the FDA to be safe or effective for their intended use; (4) achieve or have been shown or proven to achieve therapeutic results, effects, or outcomes; (5) achieve or have been shown or proven to achieve therapeutic results, effects, or outcomes similar or identical to Novo Nordisk's medicines; (6) are associated or connected in any way with Novo Nordisk or its medicines; or (7) contain any ingredient that is supplied by Novo Nordisk, is approved by the FDA, or is the same as any ingredient in Novo Nordisk's medicines. NEWL is also enjoined from engaging in any

further unfair or deceptive acts or practices.

Further, the court orders NEWL to produce to Novo Nordisk within 14 days of notice of this order an accounting of its profits from semaglutide products and services.

Novo Nordisk shall file supplemental briefing within 60 days of notice of this order. Upon receipt of Novo Nordisk's supplemental briefing, the clerk shall schedule a damages hearing forthwith.

The clerk's office shall notify NEWL of this order via mail and email to David H. Rich at Todd & Weld, LLP, 1 Federal Street, 31st Floor, Boston, Massachusetts, 02110, and drich@toddweld.com.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir. 1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Samantha D. Elliott
Chief Judge

Date: November 18, 2025

cc:     Counsel of Record
        David H. Rich, Esq.